UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **BEARS TOWING & RECOVERY OF OUACHITA INC** | **CIV. ACTION NO. 3:23-01785** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **TEAM HOSEY EXPRESS L L C ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 20] having been considered and no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** the Defendant BM2 Freight Services, Inc.'s Motion to Dismiss [Doc. No. 10] is **GRANTED,** all claims against Defendant BM2 Freight Services, Inc. are **DISMISSED WITH PREJUDICE**, and the remaining claims are **REMANDED** to the Sixth Judicial District Court, East Carroll Parish, State of Louisiana.

THUS DONE in Chambers on this 19th day of April 2024.

_____
**TERRY A. DOUGHTY, JUDGE**
**UNITED STATES DISTRICT COURT**